UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: CHAPTER 7 CASES

89-21301, 93-20144, 10-22507, 11-21916, 12-20054, 12-20207, 12-20614, 12-21377, 12-21417, 12-21616, 12-21780, 12-21876, 12-21950, 13-20052, 13-20054, 13-20081, 13-20171, 13-20182, 13-20296, 13-20305, 13-20343, 13-20492, 13-20547, 13-20918, 13-21257, 13-21262, 13-21314, 13-21729, 13-21811, 14-20033, 14-20387, 14-20442, 14-20444, 14-20455, 14-20505, 14-20507, 14-20664, 14-20678, 14-20918, 14-20952, 14-21022, 14-21196, 14-21202, 14-21205, 14-21315, 14-21363, 14-21366, 14-21368, 14-21541, 14-21546, 15-20137, 15-20268, 15-20269, 15-20637, 15-20735, 15-20915, 15-20986, 15-21027, 15-21029, 15-21159, 15-21321, 16-20182, 16-20577, 16-20685, 16-20695, 16-20877, 16-20999, 16-21004, 16-21010, 16-21050, 16-21072, 16-21333, 16-21361, 17-20034, 17-20042, 17-20083, 17-20084, 17-20506, 17-20698, 17-20766, 17-20810, 17-20821, 17-20860, 17-20868, 17-20875, 17-20898, 17-20904, 17-20967, 17-20991, 17-21039, 17-21154, 17-21164.

Debtor(s).

## STIPULATED ORDER TO REMOVE CHAPTER 7 TRUSTEE and FOR SPECIFIC PERFORMANCE

UPON CONSIDERATION of Raja N. Sekharan's voluntary resignation from the Rochester Panel of Chapter 7 Trustees, the Trustee and the United States Trustee agree to the following:

(1) Mr. Sekharan's immediate removal as chapter 7 trustee from the following cases so that the United States Trustee may appoint a successor trustee:

| Case No. | Name | Case No. | Name | Case No. | Name |
|---|---|---|---|---|---|
| 93-20144 | Interco Sys. | 13-20918 | Velocci | 14-20918 | Allen |
| 12-20054 | Cannarozzo | 13-21314 | Merulla | 14-20952 | Wightman |
| 12-21377 | Becker | 13-21811 | Salter | 14-21022 | Carlin |
| 12-21616 | Griffiths | 14-20033 | Birchler | 14-21196 | Howell |
| 12-21950 | Michel | 14-20387 | Powell | 14-21202 | Petrella |
| 13-20052 | Caravita | 14-20442 | Englert | 14-21205 | Rolon |
| 13-20171 | Kohlmeier | 14-20444 | Crawford | 14-21315 | Fowler |
| 13-20182 | Frechette | 14-20455 | Miranda | 14-21363 | Henry |
| 13-20296 | Schaff | 14-20505 | Connorton | 14-21366 | Briceland |
| 13-20305 | Greene | 14-20507 | Weikel | 14-21368 | Tinawong |
| 13-20343 | Ference | 14-20664 | Burley | 14-21541 | O'Connor |
| 13-20547 | Masco | 14-20678 | Swetman | 14-21546 | Page |

STIPULATED ORDER TO REMOVE CHAPTER 7 TRUSTEE and
FOR SPECIFIC PERFORMANCE
89-21301, 93-20144, 10-22507, 11-21916, 12-20054, 12-20207, 12-20614, 12-21377, 12-21417, 12-21616, 12-21780, 12-21876, 12-21950, 13-20052, 13-20054, 13-20081, 13-20171, 13-20182, 13-20296, 13-20305, 13-20343, 13-20492, 13-20547, 13-20918, 13-21257, 13-21262, 13-21314, 13-21729, 13-21811, 14-20033, 14-20387, 14-20442, 14-20444, 14-20455, 14-20505, 14-20507, 14-20664, 14-20678, 14-20918, 14-20952, 14-21022, 14-21196, 14-21202, 14-21205, 14-21315, 14-21363, 14-21366, 14-21368, 14-21541, 14-21546, 15-20137, 15-20268, 15-20269, 15-20637, 15-20735, 15-20915, 15-20986, 15-21027, 15-21029, 15-21159, 15-21321, 16-20182, 16-20577, 16-20685, 16-20695 16-20877, 16-20999, 16-21004, 16-21010, 16-21050, 16-21072, 16-21333, 16-21361, 17-20034, 17-20042, 17-20083, 17-20084, 17-20506, 17-20698, 17-20766, 17-20810, 17-20821, 17-20860, 17-20868, 17-20875, 17-20898, 17-20904, 17-20967, 17-20991, 17-21039, 17-21154, 17-21164.

| | | | | | |
|---|---|---|---|---|---|
| 15-20137 | Cooper | 16-20695 | Woodcock | 17-20810 | Santiago |
| 15-20268 | Johnson | 16-20999 | Pellegrino | 17-20821 | Triolo |
| 15-20269 | Vito | 16-21004 | Eve | 17-20860 | Woodruff |
| 15-20637 | Dewey | 16-21010 | Reed | 17-20868 | Myers |
| 15-20735 | Pratt | 16-21050 | Jewell-Belluccio | 17-20875 | Mack |
| 15-20915 | Blizzard | 16-21072 | Hess | 17-20898 | DeMarest |
| 15-21027 | Capozzi | 17-20034 | Valentino | 17-20904 | Condie |
| 15-21029 | Romilly | 17-20042 | Hanlon | 17-20967 | Kenney |
| 15-21159 | Smith, Danny | 17-20083 | Smith, Shere | 17-20991 | Arcara |
| 15-21321 | Alexander | 17-20506 | Lange | 17-21039 | Blair |
| 16-20182 | Turner | 17-20698 | Marotta | 17-21154 | Kane |
| 16-20577 | Burris-Chase | 17-20766 | Bray | 17-21164 | Knowles |

(2) Mr. Sekharan will provide a current Form 3 to the United States Trustee's Office within two days of the date of this Order.

(3) Upon appointment of the successor trustee in the cases listed in paragraph (1) above, Mr. Sekharan will cut checks payable to the new trustee in order to close any bank accounts in those files and he will immediately forward the checks, Forms 1 & 2 and his case files to the successor trustee. Mr. Sekharan agrees to perform these tasks within five (5) days of the successor trustee assignments.

(4) Mr. Sekharan agrees to file NDRs in the following cases no later than March 20, 2018:

| | | | |
|---|---|---|---|
| 12-20207 | Abrey | 16-21333 | Kenyon |
| 13-20081 | Amponsah | 16-21361 | Leonard |
| 16-20877 | Guinta | 17-20084 | Terrell |

(5) Mr. Sekharan agrees to file an exception to abandonment and a NDR in 13-20492 Meath no later than March 20, 2018.

(6) Mr. Sekharan agrees to submit TDRs to the United States Trustee's Office in the following cases no later than March 26, 2018:

| | | | | | |
|---|---|---|---|---|---|
| 89-21301 | Newhart | 10-22507 | Jelsma | 11-21916 | DiSalvo |

STIPULATED ORDER TO REMOVE CHAPTER 7 TRUSTEE and
FOR SPECIFIC PERFORMANCE
89-21301, 93-20144, 10-22507, 11-21916, 12-20054, 12-20207, 12-20614, 12-21377, 12-21417, 12-21616, 12-21780, 12-21876, 12-21950, 13-20052, 13-20054, 13-20081, 13-20171, 13-20182, 13-20296, 13-20305, 13-20343, 13-20492, 13-20547, 13-20918, 13-21257, 13-21262, 13-21314, 13-21729, 13-21811, 14-20033, 14-20387, 14-20442, 14-20444, 14-20455, 14-20505, 14-20507, 14-20664, 14-20678, 14-20918, 14-20952, 14-21022, 14-21196, 14-21202, 14-21205, 14-21315, 14-21363, 14-21366, 14-21368, 14-21541, 14-21546, 15-20137, 15-20268, 15-20269, 15-20637, 15-20735, 15-20915, 15-20986, 15-21027, 15-21029, 15-21159, 15-21321, 16-20182, 16-20577, 16-20685, 16-20695 16-20877, 16-20999, 16-21004, 16-21010, 16-21050, 16-21072, 16-21333, 16-21361, 17-20034, 17-20042, 17-20083, 17-20084, 17-20506, 17-20698, 17-20766, 17-20810, 17-20821, 17-20860, 17-20868, 17-20875, 17-20898, 17-20904, 17-20967, 17-20991, 17-21039, 17-21154, 17-21164.

| | | | | | |
|---|---|---|---|---|---|
| 12-20614 | Fargo | 13-20054 | Smith, Kerry | 15-20986 | Hoppe |
| 12-21417 | Sofia | 13-21527 | Orlowske | 16-20685 | Mitchell |
| 12-21780 | Smith, Brian | 13-21262 | Ryckaert | | |
| 12-21876 | Biuso | 13-21729 | Bebek | | |

(7)  Mr. Sekharan agrees that his failure to comply with any of the above deadlines listed in paragraphs (4), (5) and/or (6) above shall be considered his resignation from the case(s) effective the day after the deadline expires, and the United States Trustee shall appoint a successor trustee.

(8)  Upon appointment of the successor trustee in the cases listed in paragraphs (4), (5), and/or (6) above, Mr. Sekharan will cut checks payable to the new trustee in order to close any bank accounts in those files and he will immediately forward the checks, Forms 1 & 2 and his case files to the successor trustee. Mr. Sekharan agrees to perform these tasks within five (5) days of the successor trustee assignments.

**AGREED:**

William K. Harrington
United States Trustee for Region 2

_____ 03/16/2018
Raja N. Sekharan         (date)

By: _____ 3/16/18
Kathleen Dunivin Schmitt    (date)
Assistant United States Trustee

**SO ORDERED:**

Dated: March 16, 2018
Rochester, New York

_____
Honorable Paul R. Warren
United States Bankruptcy Judge